Opinion filed October 19, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed October 19, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00234-CR 

                                                    __________

 

                                    CARLOS MADRIGAL, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor
County, Texas

 

                                                  Trial
Court Cause No. 15253-B

 



 

                                                                   O
P I N I O N

Carlos Madrigal has filed in this court a motion
to withdraw his notice of appeal and dismiss his appeal.  The motion is signed by both Madrigal and his
counsel.

The motion is granted, and the appeal is dismissed.

 

October
19, 2006                                                                    PER
CURIAM

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.